UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHRISTIAN LAHRMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-123 |
| | ) | |
| TRACY JEFFERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Christian Lahrmon is a prisoner at the Central State Prison in Macon, Georgia. He has submitted this 42 U.S.C. § 1983 Complaint challenging the conditions of his confinement while incarcerated at that facility. Doc. 1. Lahrmon, however, has sent his complaint to the Southern District of Georgia, which has no apparent link to his claim.

Central State Prison is located in Bibb County, which lies in the Middle District of Georgia. 28 U.S.C. § 90(b)(2). As his claim arises from events that occurred in another district, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 28 U.S.C. § 90(b)(2). The Clerk

is **DIRECTED** to transfer this case to the Middle District of Georgia for all further proceedings.

**SO ORDERED**, this 4rd day of June, 2020.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA